

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00160-CV

| | | |
|---|---|---|
| IN THE INTEREST OF S.W., A CHILD | § | On Appeal from the 360th District Court |
| | § | of Tarrant County (360-677800-20) |
| | § | October 14, 2021 |
| | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm the trial court's summary judgment concerning Mother. We reverse the trial court's judgment concerning Father and remand this case to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellant Mother and Appellee Little Flower Adoptions shall split all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
      Justice Wade Birdwell